IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lamar Josiah McDaniels,<br><br>PLAINTIFF,<br><br>v.<br><br>J. Reuben Long Detention Center, Medicko,<br><br>DEFENDANTS. | Case No. 6:19-cv-01820-TLW<br><br><br>**Order** |

In light of the correspondence to the Clerk of Court which shall be deemed Objections to the Report and Recommendation, ECF No. 16 dated August 12, 2019, which appears to name two individuals as potential defendants, the Plaintiff will be given an opportunity to file an amended complaint, irrespective of any previous filings, within 21 days that corrects the defects articulated by the Magistrate Judge in the Report and Recommendation, ECF No. 14. If an amended complaint is not filed, the case shall be dismissed for the reasons articulated in the Report and Recommendation. If an amended complaint is filed, the case shall be remanded to the assigned Magistrate Judge for consideration.

**IT IS SO ORDERED**.

_s/ Terry L. Wooten_____
Terry L. Wooten
Senior United States District Judge

June 1, 2020
Columbia, South Carolina